AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Robert Shcell and Terry Shcell

**APPEARANCE**

Case Number: 10-cr-10314-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert Shcell and Terry Shcell

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [X] Retained
- [ ] Pro Bono

10/5/2010
Date

Signature: Andrew Good

Print Name: Andrew Good    Bar Number: 201240

Address: 83 Atlantic Avenue

City: Boston   State: MA   Zip Code: 02110

Phone Number: (617) 523-5933   Fax Number: (617) 523-7554