UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT L. SHULL, )<br>TERRY L. SHULL )<br>)<br>Defendants. ) | Criminal No.<br>10-CR-10314-GAO |

**ROBERT SHULL'S MOTION FOR AN ORDER
DIRECTING THE PRE-TRIAL SERVICES OFFICE
TO HOLD HIS PASSPORT AND RETURN IT TO HIM
AT THE CONCLUSION OF HIS PERIOD OF SUPERVISED RELEASE**

Robert Shull moves this Court for an order directing the pre-trial services office to hold his passport during the six-month period of his supervised release and return it to him at the end of the supervised release period.

The grounds for this motion are as follows:

1. This motion is filed at the request of the pre-trial services office in order to establish its authority to retain custody of Mr. Shull's passport until he has completed the six-month period of supervised release and return it to him when he will otherwise be free to return home to Canada.

2. The prosecutor, AUSA Jack Pirozzolo, has authorized undersigned counsel to state that the government assents to the allowance of this motion.

Respectfully submitted,

*/s/ Andrew Good*
Andrew Good
BBO No. 201240
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
agood@goodcormier.com

### Certificate of Service

I, Andrew Good, hereby certify that I have this day served an electronic copy of the foregoing on Assistant United States Attorney Jack Pirozzolo.

/s/ *Andrew Good*

Date: December 29, 2010