UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) ) | Criminal No. 10-CR-10314-GAO |
| ROBERT L. SHULL, TERRY L. SHULL | ) ) ) | |
| Defendants. | ) | |

**ROBERT SHULL'S ASSENTED-TO MOTION
FOR RETURN OF HIS CANADIAN PASSPORT ON MAY 23, 2011**

Robert Shull moves this Court to order the Pretrial Services Office to return his Canadian passport to him on May 23, 2011, so that he will be able to depart from the United States and enter Canada on the morning of May 24, 2011, when he completes service of his six month term of supervised release.

The grounds for this motion are as follows:

1. Mr. Shull is in compliance with all the conditions of supervised release at Coolidge House and elsewhere.

2. The last day of Mr. Shull's term of supervised release ends at midnight on May 24, 2011. With the approval of his supervising Probation Officer, Patrick Skehill and Coolidge House, Mr. Shull has airline tickets to depart from Logan Airport to Canada at 6 a.m. on the morning of May 24, 2011.

3. The government has authorized the undersigned to state that it assents to the allowance of this motion.

        Respectfully submitted,

        */s/ Andrew Good*
        Andrew Good
        BBO No. 201240
        Good & Cormier
        83 Atlantic Avenue
        Boston, MA 02110
        Tel. 617-523-5933
        agood@goodcormier.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have consulted with Jack Pirozzolo, Assistant United States Attorney, who has stated his assent to this motion.

        */s/Andrew Good*
        Andrew Good

## Certificate of Service

I, Andrew Good, hereby certify that I have this day served an electronic copy of the foregoing on Assistant United States Attorney Jack Pirozzolo, U.S. Probation Officer, Patrick Skehill and Pretrial Services Officer September Brown.

        _/s/_ *Andrew Good*_____
        Andrew Good

Date: May 13, 2011